UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| GERALD J. SILVA,<br>        Plaintiff, | :<br>:<br>: |
| v. | :        C.A. No. 19-568 JJM |
| STATE OF RHODE ISLAND, et al.,<br>        Defendants. | :<br>:<br>: |

## DECLINATION OF PRO BONO APPOINTMENT

Jennifer Wood and Natalia Friedlander respectfully decline appointment as pro bono counsel in the above-captioned case, *Silva v. State of Rhode Island*.

RESPECTFULLY SUBMITTED BY:

<u>/s/ Natalia Friedlander</u>
Natalia N. Friedlander, R.I. Bar No. 10003
Jennifer L. Wood, R.I. Bar No. 3582
Rhode Island Center for Justice
One Empire Plaza, Suite 410
Providence, RI 02903
Tel.  401.491.1101
Fax. 401.228.6955
nfriedlander@centerforjustice.org
jwood@centerforjustice.org

January 20, 2021